UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DARIAN OWENS,<br><br>                 Petitioner,<br>v.<br>WILLIAM A. GITTERE, *et al.*,<br>                 Respondents. | Case No. 3:21-cv-00307-MMD-WGC<br><br>ORDER |

Good cause appearing, it is hereby ordered that Petitioner Darian Owens's unopposed first motion for enlargement of time (ECF No. 16) is granted. Owens has until May 31, 2022, to file his amended petition for writ of habeas corpus.

DATED THIS 18th Day of March 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE