# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DARIAN OWENS, | Case No. 3:21-cv-00307-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| WILLIAM A. GITTERE, *et al.*, | |
| Respondents. | |

Respondents seek an extension of time to answer or otherwise respond to Petitioner Darian Owens's amended petition for writ of habeas corpus. (ECF No. 20.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' first motion for enlargement of time (ECF No. 20) is granted. Respondents have until September 30, 2022, to answer or otherwise respond to Petitioner's amended petition for writ of habeas corpus.

DATED THIS 5th Day of August 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE