UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| DARIAN OWENS, | Case No. 3:21-cv-00307-MMD-CSD |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WILLIAM A. GITTERE, *et al.*, | |
| Respondents. | |

Respondents filed a Motion for Enlargement of Time to Respond to Amended Petition for Writ of Habeas Corpus (Second Request) (ECF No. 25 ("Motion")). The Court finds the request is made in good faith and not solely for the purpose of delay. Therefore, good cause exists to grant the Motion.

It is therefore ordered that Respondents' Motion (ECF No. 25) is granted. Respondents have until October 7, 2022, to file a response to the amended petition.

DATED this 3rd Day of October 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE