UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| DARIAN OWENS,<br><br>　　　　　　　Petitioner,<br>　v.<br>WILLIAM A. GITTERE, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:21-cv-00307-MMD-CSD<br><br>ORDER |

Respondents seek an enlargement of time to file a reply in support of the motion to dismiss (first request) (ECF No. 29 ("Motion")). The Respondents' reply was due on October 28, 2022. (ECF No. 28.) Respondents belatedly filed their Motion on November 21, 2022; however, Petitioner did not file an opposition to the Motion. The Court finds the request is made in good faith and not solely for the purpose of delay. Therefore, good cause exists to grant the Motion.

It is therefore ordered that Respondents' Motion (ECF No. 29) is granted *nunc pro tunc*. Respondents have until December 21, 2022, to file a reply in support of the motion to dismiss the amended petition.

DATED THIS 6th Day of December 2022.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE