UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DARIAN OWENS,<br><br>                              Petitioner,<br>       v.<br><br>WILLIAM A. GITTERE, *et al.*,<br><br>                              Respondents. | Case No. 3:21-cv-00307-MMD-CSD<br><br>ORDER |

Petitioner Darian Owens seeks an extension of time to dismiss Ground 1(b) and the substantive allegations in Ground 3. (ECF No. 36.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's motion.

It is therefore ordered that Petitioner's first motion for enlargement of time (ECF No. 36) is granted.

DATED THIS 24th Day of April 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE