UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DARIAN OWENS,<br><br>　　　　　　Petitioner,<br>　v.<br>WILLIAM A. GITTERE, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:21-cv-00307-MMD-CSD<br><br>ORDER |

Respondents seek an extension of time to answer the first amended petition. (ECF No. 41.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' first[1] motion for enlargement of time (ECF No. 41) is granted.

DATED THIS 2nd Day of August 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Although Respondents provide that this is their third request to extend, this is Respondents' first request to extend time to file their answer.