UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DARIAN OWENS, | Case No. 3:21-cv-00307-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| WILLIAM A. GITTERE, *et al.*, | |
| Respondents. | |

Respondents seek an extension of time to answer Petitioner's first amended petition. (ECF No. 43.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion to extend time.

It is therefore ordered that Respondents' second[1] motion for enlargement of time (ECF No. 43) is granted. Respondents have until October 16, 2023, to file their answer.

DATED THIS 20th Day of September 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Although Respondents provide that this is their fourth request to extend, this is Respondents' second request to extend time to file their answer.