# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| DARIAN OWENS, | Case No. 3:21-cv-00307-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| WILLIAM A. GITTERE, *et al.*, | |
| Respondents. | |

Respondents seek an extension of time to answer Petitioner's first amended petition. (ECF No. 45.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' third[1] motion for enlargement of time (ECF No. 45) is granted. Respondents have until November 15, 2023, to file their answer.

DATED THIS 20th Day of October 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Although Respondents provide that this is their fifth request to extend, this is Respondents' third request to extend time to file their answer.