UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DARIAN OWENS,<br><br>                Petitioner,<br>    v.<br><br>WILLIAM A. GITTERE, *et al.*,<br><br>                Respondents. | Case No. 3:21-cv-00307-MMD-CSD<br><br>ORDER |

Petitioner seeks an extension of time to file his reply in support of his amended petition for writ of habeas corpus. (ECF No. 53.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's first motion for enlargement of time (ECF No. 53) is granted. Petitioner has until April 15, 2024, to file his reply.

DATED THIS 27th Day of February 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE