UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| DARIAN OWENS, | Case No. 3:21-cv-00307-MMD-CSD |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WILLIAM A. GITTERE, *et al.*, | |
| Respondents. | |

Petitioner seeks an extension of time to file his reply in support of his amended petition for writ of habeas corpus. (ECF No. 55.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's second motion for enlargement of time (ECF No. 55) is granted. Petitioner has until May 30, 2024, to file his reply.

DATED THIS 30th Day of April 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE